CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 06 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 4:19-cr-00014 |
| v. | **INDICTMENT**<br>In violation of:<br>8 U.S.C. §1326 |
| **JAIME CARMONA-ZARCO**<br>a.k.a.<br>**ROBERTO SALINAS** | |

**COUNT ONE**
Reentry of Removed Aliens

The Grand Jury charges that:

1. On or about June 2, 2019, within the Western Judicial District of Virginia, the defendant, JAIME CARMONA-ZARCO, an alien, was found in the United States after having been removed and deported therefrom on or about April 17, 2007 at or near Otay Mesa, CA, without having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

2. All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL this 6th day of June, 2019.

/s/ Foreperson
FOREPERSON

[signature]
THOMAS T. CULLEN
UNITED STATES ATTORNEY